No. 180. D. D. ROBERTS AND G. A. COLLINS *v.* TOWN OF PERRY, FLORIDA, ET AL.   Error to the Supreme Court of the State of Florida.  Argued January 28, 1926.  Decided March 1, 1926.  *Per Curiam.*  Dismissed for want of any ground for federal jurisdiction, there having been no lack of opportunity for a hearing on the merits of the assessment, upon the authority of *Hetrick* v. *Village of Lindsay,* 265 U. S. 384; and there having been no contract within the meaning of Art. I, § 10 of the Constitution, upon the authority of *Hunter* v. *City of Pittsburgh,* 207 U. S. 161, 176–177; (2) *New Orleans* v. *New Orleans Water Works Company,* 142 U. S. 79, 87–88; *Gulf & Ship Island R. R. Co.* v. *Hewes,* 183 U. S. 66, 75.  *Mr. Thomas B. Adams,* with whom *Messrs. William E. Kay* and *Henry C. Clark* were on the brief, for plaintiffs in error.  *Mr. Giles J. Patterson* for defendants in error.

---

No. —, original.  EX PARTE IN THE MATTER OF BENJAMIN CATCHINGS.  March 8, 1926.  Motion for leave to file motion for rule to show cause on the Secretary of State denied.  *Mr. Benjamin Catchings,* pro se.

---

No. —, original.  THE STATE OF MICHIGAN *v.* THE STATE OF ILLINOIS.  March 8, 1926.  The motion for leave to file a bill of complaint in this cause is granted and process is ordered to issue returnable on Monday, October 4, next.  *Mr. Andrew B. Dougherty,* Attorney General of Michigan, for complainant.